**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DAVID C. LETTIERI, | ) | CASE NO.  4:23-cv-2172 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| | ) | |
| NORTHEAST OHIO | ) | |
| CORRECTIONAL CENTER, | ) | |
| | ) | |
| DEFENDANT. | ) | |

Plaintiff's application to proceed *in forma pauperis* (Doc. No. 2) is granted. Pursuant to 28 U.S.C. § 1915(b), the total filing fee in the amount of $350 is due. There is no initial payment due. Going forward, the prison cashier's office shall deduct, and forward to the Court, 20% of the preceding month's income credited to the prisoner's account each time the amount in the account exceeds $10.00 until the full fee has been paid.

The Clerk is directed to issue a copy of this order and the attached instructions, which are incorporated herein, to the plaintiff and the prison cashier's office. The Clerk is further directed to forward a copy of this order to the Court's financial office.

**IT IS SO ORDERED**.

Dated: December 11, 2023

_____
**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**


DAVID C. LETTIERI,                    )          CASE NO.  4:23-cv-2172
                                      )
                 PLAINTIFF,           )          JUDGE SARA LIOI
                                      )
                                      )
vs.                                   )          PL-3 PAYMENT FORM
                                      )
                                      )
NORTHEAST OHIO                        )
CORRECTIONAL CENTER,                  )
                                      )
                                      )
                 DEFENDANT.           )



STAPLE CHECK HERE:

2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

**INSTRUCTIONS FOR PAYMENT OF PRISONER FILING FEE AND
SUBSEQUENT INSTALLMENT PAYMENTS**

---

The prisoner shown as the plaintiff on the attached order has filed a civil action *in forma pauperis* in this court and owes the court a filing fee. Pursuant to 28 U.S.C. § 1915, the fee is to be paid as follows:

The initial partial fee listed on the attached order, **IF ANY**, should be deducted by the prison cashier's office from the prisoner's account, when funds are available therein, until the initial partial fee is paid. A check (or checks) in the appropriate amount(s) should be attached to a form like that accompanying these instructions and sent to the address indicated below.

Following the payment of the initial partial fee, **IF ANY**, and continuing thereafter until the full fee has been paid, monthly payments of 20% of the preceding month's income credited to the prisoner's account should be deducted and forwarded to the court each time the amount in the account exceeds $10.

If the prisoner has filed more than one complaint in this district, (s)he is required to pay a fee in each case. The prison cashier's office shall make the monthly calculations and payments for each case in which it receives an order granting *in forma pauperis* status and these instructions. **The prisoner's name and case number must be noted on each remittance.**

Checks are to be made payable to:

**Clerk, U.S. District Court**

Checks are to be sent to:

**Prisoner Accounts Receivable
Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue
Cleveland, Ohio 44113-1830**