Federal court of the Northern District of ohio
Youngstown Division

FILED

JAN 29 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

David C, Le Hieri
    Plaintiff

~against~                                        23-cv-2172

Northeast ohio Correctional center
    Defendant                           Lastly reconsider

    This Be the Last one Till It can Be determined by the sixth circuit on the merits of Issues.
    When the mail comes It comes For Both Federal and state dentees. There Is no seperate Bags, that Is Be one Bag For State of ohio Inmates and one Bag For Federal Inmates. So In essense until It Is Sorted out to such seperate Bags.
    This Be to certain levels an Infest of Justice since where does the Line get draw on the color of law. By the person or by the Levels of procedures For the Issues at hand.
    "42 U.S,C.S. 1983, By Its own terms, applies to persons acting under color of State Law. It does not generally extended to persons acting under color of Federal Law. However, action of Federal officers maybe the subject of a suit of a 1983 suit IF there Is proof of a Joint conspiracy with state officals," Peck v United states, 470 F.Supp. 1003

Now the plaintiff Understands this may not Be a "great" example But It covers the theory of the Issue at hand, When does what color of Law Become the clothed For the person?

This Letter wasn't open In the presents of the plaintiff so the only thing they plaintiff can assume Is that It was open when It got deliverd which Is mixed mail. almost Like a county Jail) mixed ot Federal and state Inmates. Example Niagara County Jail and alleguny county Jail.

So this In essense Becomes a gray area of where the color of law Is? would one state the county Jails are only Color of Federal Law when the person Is In For a Federal charge or are they always under color of state Law.

Thank you

David C. Lethen

Sworn To Me Before This 14th Day of January 2024

DEREK KRATTS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KR0016367
Qualified in Niagara County
Commission Expires November 13, 2027