Federal court of the Northern District of Ohio
Youngstown Division

David L. LeHieri
      Plaintiff

FILED
JAN 29 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

      against                                    23-cv-2172

Northeast ohio correctional center
      Defendant                          Amend

      The plaintiff moves to amend the complaint, that
Is to add the tort abuse of process.
      "a successful claim For abuse of process requires
evidence of the Following (1) that a Legal proceeding has
Been set In motion In proper Form and with probable
cause; (2) that the proceeding has Been perverted to attempt
to accomplish an ulterior purpose For which It was not
designed; and (3) that direct damage has resulted
From the wrongful use of process. an Important
distinction Between abuse of process and malicious
prosecution Is that the latter requires the claimant
to prove that there was no probable cause For the
earlier alleged wrongful proceedings while abuse of process
rests on the premise that there was. To Impose liability
based on abuse of process, probable cause Is not the
Focus, motivation For that proceeding Is, " alabsi v City of
Cleveland, 2023 U.S. app. Lexis 1577

The plaintiff had In essense commenced a civil action that Involved a process called a Notice of claim. It Is under New york state General municipal Law 50-e. The plaintiff was doing It In good faith Because of Believing It was under neglience of the state agents.

"The tort of abuse of process lies For the Improper Use of process after It has Been Issued, not For maliciously causing It to Issue, and plaintiff's do not allege that process was ever Issued," House of Providence v Meyers, 458 F. Supp. 3d 621.

With the "Prisoner mailBox Rule" the second that the plaintiff had placed the mail In the mailBox It had Became Filed In court In which by the neglience of the defendant had Done an Improper use of the process.

In sum there Is a claim For an abuse of process In which can Be used For a tort on this case so claim the second circuit.

"The United States court of appeals For the sixth circuit has not determined specifically whether a claim For abuse of process Is a cognizable constitutional claim that can be redressed pursuant to 42 U.S.C.S. 1983," Henderson v Trumbull County, 2005 U.S. Dist Lexis 22107.

Thank you,

David C. Letier.

Sworn To Me Before This 14th Day of January 2024

DEREK KRATTS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KR0016367
Qualified in Niagara County
Commission Expires November 13, 2027