**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| DAVID C. LETTIERI, | ) | CASE NO. 4:23-cv-2172 |
| | ) | |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| NORTHEAST OHIO CORRECTIONAL | ) | |
| CENTER, | ) | |
| | ) | |
| DEFENDANT. | ) | |

On December 11, 2023, the Court dismissed the *pro se* complaint of plaintiff, David Lettieri, pursuant to 28 U.S.C. § 1915(e), for failure to state a claim on which the Court may grant relief. (Doc. No. 14 (Memorandum Opinion and Order); Doc. No. 15 (Judgment Entry).) Plaintiff sought reconsideration, and, on January 10, 2024, the Court denied plaintiff's motion for reconsideration and denied his post-judgment request to amend his complaint. (*See* Doc. No. 19.) In so ruling, the Court found that plaintiff had failed to identify any legitimate basis in law for revisiting the Court's order of dismissal. (*Id*. at 4–5.) Additionally, the Court denied plaintiff's request to amend his complaint on the basis of futility. (*Id*. at 5–6.)

Now before the Court are plaintiff's second motion for reconsideration (Doc. No. 20) and his second request to amend his complaint. (Doc. No. 21.) Both motions are denied. Once again, plaintiff has failed to identify a clear error of law, newly discovered evidence, an intervening change in controlling law, or the need to prevent manifest injustice, such that he would be entitled to relief under Fed. R. Civ. P. 59(e). Moreover, his latest post-judgment request to amend his complaint to add a claim for abuse of process fails for the same reasons the Court denied his

original request to amend. (*See* Doc. No. 19, at 5–6.)

Further, the Court issues a word of caution. While the Court is tolerant of legal filings from *pro se* litigants, its tolerance has limits. Federal courts have both the inherent power and the constitutional obligation to protect their jurisdiction from conduct which wastes judicial resources and impairs their ability to carry out Article III functions. *See Douglas v. Cleveland*, 1:12-cv-1145, 2012 WL 4753365, at *7 (N.D. Ohio Oct. 4, 2012) (citation omitted). Toward that end, plaintiff is warned that should he persist in asserting issues and arguments that have been addressed and rejected, the Court may consider placing him on Restricted Filer status.

**IT IS SO ORDERED**.

Dated: February 16, 2024

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

2