Federal court of the Northern District of ohio
Youngstown Division

David C. Lettieri
    Plaintiff

FILED
FEB 22 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

~against~                23-cv-2172

Northeast ohio correction center
    Defendant            amend

With the plaintiff's pro se status and found that this matter is also a First amendment issue.

"Regulation and practices that unJustifiably obstruc the availability of professional representation or other aspects to the right of access to the courts are Invalid," Procunier v Martinez.

"To state a procedural due process violation must First demonstrate the deprivation of a protected liberty or property Interest. If he does so, the amount of process due to the plaintiff Is determined by: balancing the specific Interest affected, the likelihood the challenged action would result In an erroneous deprivation of that right, and the Burden of providing additional procedure Including administrative costs and Burdens," Bonner v outlaws, 552 f. 3d 673.

Bonner Is a Bivens claim That deals with a Federal Parsion and had tampering with the mail.

"opening ce prisoner's mail In an arbitary or cuprizious Fashion violates the First amendment," Merriweather v Zamoru, 569 F.3d 307

This was legal mail and Laws stated the plaintiff had to Be present For opening.

Also In Merriweather It was another Biven claim that had dealt with the mail and this was a decision made by the Sixth Circuit.

The Bureau of Prison policies State have to be open In the presents of an Inmate.

So with dealing with the mail there Is a cause of action For Biven.

Thank you,

David C, Lettiero

Sworn To Before Me This 5th Day oA February 2024

DEREK KRATTS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KR0016367
Qualified in Niagara County
Commission Expires November 13, 2024